```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         6/14/2016                        O

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:        CW         DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD WOODS, | Case No. CV 16-01700-BRO (KES) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R. M. DIAZ, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action with prejudice.

DATED: June 14, 2016



BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

1