

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD WOODS, | ) | Case No. CV 16-01700-BRO (KES) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| R. M. DIAZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: June 14, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

1